THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Harold Watts, Appellant,
 v.
 The State, Respondent.
 
 
 

Appeal from Chesterfield County
 J. Michael Baxley, Circuit Court Judge
Unpublished Opinion No. 2007-UP-476
Submitted October 1, 2007  Filed October
 12, 2007    
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Attorney General Christopher L. Newton, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Harold
 Watts appeals the dismissal of his petition for a writ of habeas corpus.  Watts contends the circuit court erred in allegedly refusing to address the subject matter
 jurisdiction claim in his petition.  Watts counsel attached a petition to be
 relieved, stating she reviewed the record and concluded this appeal lacks
 merit.  Watts did not file a pro se response brief.  After a
 thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Watts appeal and grant counsels motion
 to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.